UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| KENNETH N., <br><br> Plaintiff <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION COMMISSIONER, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> )   1:24-cv-326-LEW <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On December 18, 2024, United States Magistrate Judge John C. Nivison filed with the court, with copies to to the parties, his Report and Recommended Decision (ECF No. 15). The plaintiff, Kenneth N., who is proceeding pro se, filed his Objection to the Recommended Decision on January 2, 2025 (ECF No. 16) and the Social Security Administration filed its response on January 7, 2025 (ECF No. 17).

I have reviewed and considered the Recommended Decision, Plaintiff's Objection, and the Commissioner's Response, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 15) is hereby AFFIRMED and ADOPTED.  Defendant's Motion to Dismiss is GRANTED (ECF No. 12).  This case is, accordingly, DISMISSED.

**SO ORDERED.**

Dated this 28th day of January, 2025

/s/ Lance E. Walker
Chief U.S. District Judge